UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN,

    Plaintiffs,

vs.                         Case No. 08-C-048-C

PREFERRED CONCRETE & EXCAVATING, INC.,

    Defendant.

---

### ORDER FOR JUDGMENT

Based on the pleadings, including the Stipulation to Reopen and for Judgment, signed by the parties,

**IT IS HEREBY ORDERED**, that judgment shall be entered in favor of the Plaintiffs and against Defendant in the total sum of $42,783.77, plus post-judgment statutory interest, until satisfied.

Dated this 25th of February, 2008.

                        Barbara B. Crabb
                        Judge, United States District Court,
                        Western District of Wisconsin

JUDGMENT ENTERED THIS 26 DAY OF FEBRUARY, 2008.

Theresa M. Owens
THERESA M. OWENS, CLERK OF COURT